# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MICKEY TROTTER

VERSUS

GRADY CRAWFORD CONSTRUCTION
COMPANY, INC. AND CLEMON
DURHAM

NO. 2026 CW 0649

**JULY 13, 2026**

---

In Re:   Clemon Durham, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge, No.
772000.

---

BEFORE:   **THERIOT, LANIER, AND MILLER, JJ.**

   **WRIT DENIED.**

## WIL
## SMM

   **Theriot, J.**, dissents and would grant the writ. There is no
dispute plaintiff is domiciled in Mississippi and the accident
happened in Mississippi. I find the convenience of the parties and
witnesses, as well as the interest of justice, require this case
to be heard in Mississippi. See La. Code Civ. P. art. 123; see
also **Holland v. Lincoln General Hospital**, 2010-0038 (La.
10/19/10), 48 So.3d 1050. Accordingly, I would reverse, grant
defendant's motion to dismiss for *forum non conveniens*, and remand
this matter to the district court for consideration of La. Code
Civ. P. art. 123(C) and, thereafter, entry of a judgment of
dismissal without prejudice pursuant to La. Code Civ. P. art.
123(B).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT